United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: Judge Algenon L. Marbley and Judge Michael R. Barrett

FROM: Benjamin J. Codispoti, Deputy Clerk

DATE: 06/29/2023

SUBJECT: Case Caption: Hill v. Aramark Correctional Services et al

CASE: Case Number: Doc. 1:23-cv-406 1-1

Judges: Judge Barrett / Magistrate Judge Gentry

File Date: 06/27/2023

---

This memorandum is to notify you that following cases are possibly related:

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Woods v. Aramark Correctional Services et al** | | |
| Case Number: | **Doc. 2:22-cv-4420 1-1** | District Judge: | **Marbley** |
| File Date: | **12/19/2022** | Magistrate Judge: | **Deavers** |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Burke v. Aramark Correctional Services et al** | | |
| Case Number: | **Doc. 2:22-cv-4421 1-1** | District Judge: | **Marbley** |
| File Date: | **12/19/2022** | Magistrate Judge: | **Deavers** |

**Related Case**

| | | | |
|---|---|---|---|
| Case Caption: | **Burke v. Aramark Correctional Services et al** | | |
| Case Number: | **Doc. 2:23-cv-156 1-1** | District Judge: | **Marbley** |
| File Date: | **01/12/2023** | Magistrate Judge: | **Deavers** |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred. We respond to Case Administrator **Benjamin J. Codispoti** as follows:

**Judges' Response:**

☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge __Marbley__.

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐ I am the Judge on both/all of the listed cases and have determined that the cases, **are** related and they shall both/all remain on my docket.

☐ Other Direction of Judge:

_____
United States District Judge

_s/Michael R. Barrett_
United States District Judge

Cc:  Courtroom Deputies