SCANNED AT CCI and E-Mailed to USDC OHSD on 7/26, 2023 by CPmmill
No. of Pgs. 12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Norman Burke,

    Plaintiff,

Vs.

Aramark Correctional Services et al,

    Defendant.

Case No: 2:22-CV-04421

Judge: Marbely

Magistrate Judge: Deavers

## MOTION TO HAVE THE
## CLERK OF COURT SEEK A "CONTROL NUMBER"

    Now comes Plaintiff Norman Burke, acting in Pro Se, fashion respectfully moving this Honorable court to grant his Motion to Issue a Control Number. Memorandum in Support attached hereto.

Norman Burke
Inmate No. A744263
15802 State Route 104 N
Chillicothe Ohio, 45601

**PLAINTIFF-PRO SE.**

## MEMORANDUM IN SUPPORT

Plaintiff Norman Burke (hereinafter Plaintiff) has issued this Motion for a control Number due to the Ohio Department of Rehabilitation and Corrections implementing a new policy regarding all mail incoming, outgoing, Legal mail, etc.

Plaintiff asks this court to issue a control number due to when the mail is received into the institution it is treated like ordinary mail and processed the same. Plaintiff doesn't sign for the mail and the is no way of indicating when the legal mail arrived to the institution.

The Ohio Administrative Code provides separate procedures for the inspection of an inmate's incoming "regular mail" and "legal mail." O.A.C. § 5120-9-17(B). While "regular mail" may be opened outside of the presence of the inmate, "legal mail" "may be opened and inspected for contraband only in the presence of the inmate-addressee." O.A.C. § 5120-9-17(B)(2) (emphasis added). The Code defines "legal mail" as "mail addressed to an inmate clearly bearing the return address of an attorney-at-law, a public service law office, a law school legal clinic, court of law, or the correctional institution inspection committee that is marked with a valid control number provided by the department. If mail is received from any of the groups listed without a valid control number, then it may be treated as a regular, non-legal mail[.]" O.A.C. § 5120-9-17(B)(2) (emphasis added). In other words, if mail from a court is not marked with a valid control number, it is considered "regular mail" and need not be opened in the presence of the inmate. Leach v. DeWine, 2023 U.S. Dist. LEXIS 115257.

Plaintiff since being transferred to Chillicothe Correctional Institution (hereinafter "C.C.I") has had multiple issues obtaining his legal mail. Plaintiff and other inmates have complained about this to C.C.I staff. In a related case inmate Woods wrote an informal complaint on 1/26/23 ref # CCI0123004467, description of complaint "Handling of legal mail" Inmate Woods went on to state in the complaint that he had just received a piece of legal mail from the Ohio Supreme Court that was (30) thirty days late. C.C.I staff acknowledges in an informal complaint provided by inmate Woods that C.C.I is having difficulty processing the mail. C.C.I mailroom staff "Ashley Marsh" stated in a response that C.C.I has not paid the Post Office box ref: CCI0223000761 "If I had a Post Office Box and failed to pay my bill, I would not be able to

access mine either. That is how things work, if you don't pay you don't get services." Informal Complaint attached with Motion.

However, this is an ongoing issue with the Ohio Department of Rehabilitation and Corrections and especially here at C.C.I where legal mail is treated as regular mail. Plaintiff has attached multiple copies of his fellow inmate's informal complaints, kites, and other communications with staff regarding issues with legal mail, CCI0123004467, CCI0123005127, CCI0223000761, CCI0223000926, CCI0223002988.

The leading case on this issue is Leach v. DeWine, 2023 U.S. Dist. LEXIS 115257 where the Honorable Judge Jeffrey J. Helmick, United States District Judge issued this Report and Recommendation.

> "Plaintiff has now filed a motion requesting I order the Clerk of Court to seek a "control number" for all documents sent to him by this court in this case so that they may be considered "legal mail" and opened in his presence. The Sixth Circuit has held that, "mail from a court constitutes 'legal mail' and cannot be opened outside the presence of a prisoner who has specifically requested otherwise." Sallier v. Brooks, 343 F.3d 868, 877 (6th Cir. 2003). Therefore, because Plaintiff has specifically requested his incoming mail from this court be opened in his presence, and because this is assured only for mail from this court "that is marked with a valid control number provided by the department," I grant Plaintiff's motion and order the Clerk to mark every mailing to him from this court in this case with a valid control number."

## CONCLUSION

Plaintiff request that his Motion for a Control Number be issued to serve as a layer of protection from Ohio Department of Rehabilitation and Corrections whom are Defendants in this action.

Respectfully Submitted,

*Norman R Burke*
Norman Burke,



**Ohio** | **Department of Rehabilitation & Correction**

Mike DeWine, Governor
Annette Chambers-Smith, Director

Dear Attorney:

Our mailroom recently received a letter from you marked "Legal Mail." Back in June, DRC changed how our mailrooms receive and process Legal Mail to promote the appropriate, legitimate use of Legal Mail, as well as discourage and prevent its misuse. Since that time, we have required attorneys who wish to send Legal Mail to DRC incarcerated persons to use an assigned control number, after first registering on our DRC website. Instructions about the process and completion of registration can be found at the "Attorney Registration Site" link on https://www.drc.ohio.gov/inmate-mail. Once you have submitted your registration, our staff may call or email to confirm your identity and contact information.

Registration is available to individuals who are either an actively licensed attorney or working under the direct supervision of such licensed attorney. Legal services entities, such as law offices, law firms, legal clinics, and court will also be able to register to receive a Group Identification Number, and their administrative staff will be able to register to affiliate their email address with the Group Identification Number. The identity and affiliation of each person, whether attorney or administrative staff, will be verified.

Since July 1, 2021, all ODRC institutions have been processing Legal Mail bearing a legitimate control number on the envelope of each piece of Legal Mail.

**Please be advised that after October 1, 2021, a control number will be required for all Legal Mail. Mail received without a control number will be processed as ordinary mail, opened, copied and then the copied contents will be given to the incarcerated recipient.**

Thank you for your cooperation with this new process that will make our facilities safer and more secure for you, your clients and our staff.

Any questions about this process may be directed to DRC.LegalMail@odrc.state.oh.us

4545 Fisher Road, Suite D
Columbus, Ohio 43228
www.drc.ohio.gov

| Ref# CCI0123004467 | Housing: EE2135T | Date Created: 01/26/2023 |
| --- | --- | --- |
| ID#: A730633 | Name: WOODS, FRANKLIN | |
| Form: Appeal | Subject: Mail | Description: Handling of legal mail |
| Urgent: No | Time left: 23 Day(s) | Status: Pending |

### Original Form
*1/26/2023 3:03:43 PM : ( a730633 ) wrote*

on january 25, 2023 I received legal mail from the supreme court of Ohio, upone opening the document I observed that the clerk was not fileing the motion I sent in because it was untimely, however the date on the letter was from December 30,2022. That is 30 days late, to make the matters worse is that the document mentioned with in the letter from the Supreme Court, was first sent on november 21 2022, Once received in the mail room, the mail room at Chillicothe Correctional Instituion sent the leter back to the attonery stating it was not legal mail. By the time the motion/ document was sent back to me with "NOT CONFIDENTIAL" wrote in realy big letters on the front of the envelope the mail as then given to me sometime around the December 14, 2022. On two seperate occasions two C.O here at C.C.I said there was a problem with the P.O Box saying that the bill had not been paid, and the Post Office had be holding inmates mail. however this is not my problem, My legal mail has been wit held from me, due to the negligence of O.D.R.C and the Post Office which in fact i suffered direct damages on my Motions Not being able to be filed bacause my mail was late getting to me.

### Communications / Case Actions
*1/26/2023 3:03:43 PM : ( a730633 ) wrote*
Form has been submitted

*1/27/2023 10:28:59 AM : ( Ashley Marsh ) wrote*
I have no way of tracking mail that you send out unless you have sent it certified. If you do however have a tracking number I can look into your issue and turn over my findings to the Institutional Inspector. As far as sending something back because it is not legal mail, If it did not have a control number and was not sent as legal mail and was over 5 pages long it would have been sent back because you cannot receive more than 5 pages per envelope.
I am also unable to track the mail that your attorney sends in. You are correct that the mailroom had prior issues at the start of January, however nothing has been sent in that is 30 days late. As of the 2nd week of January all mail had been caught up so I do not know how the mail would have took until the 25th to get to you. If you can provide me with cash slips/tracking numbers I will look into this for you.

*1/27/2023 10:29:04 AM : ( Ashley Marsh ) wrote*
Closed incarcerated individual form

*1/29/2023 3:12:46 PM : ( a730633 ) wrote*
Escalated to Grievance

*1/29/2023 3:12:46 PM : ( a730633 ) wrote*
Contrary to the previous response the last "legal mail" I received was on January 25, 2023 and the letter stated it was sent on December 30, 2022 this is well past 30 days. The timeframes most inmates have to correspond with the courts is 10-14 days. However , my timeframe was 10 days, The Clerk for the Supreme Court stated legal mail was sent to me on November 21, 2022 in which if we count the 10 days it would've needed to be in the clerks ofice by December 02, 2022 but the mail never made it to me . Additionally Counsel that i'm corresponding with, in the Mandamus which represents the respondent in this action had sent a motion into the Supreme Court stating on Dcember 07, 2022 they received the legal mail in which was sent to me , stating it was not legal mail which in turn made me untimely to file my response to the clerk. For over a year all mail was scanned and printed, im not sure why this mail was not. usually all mail from the Ohio Supreme Court is sent "INTER-DEPARTMENTAL" and yet this mail was not. So to say that as of the Second week of January there were "NO" problems within the Mailroom is just not true. There has ben a denial to my access to the courts, there is a direct injury to me now that im untimely to fight a case in which I was timely pursuing. The officer in which had committed the violations are in violation of A.R 5120-09-04 inappropriate Supervision. negligent in handling legal mail.

*2/3/2023 12:04:34 PM : ( Corby Free ) wrote*
To investigate your grievance, I interviewed Lt. Cannon and the grievant. I also reviewed 75-MAL-01 Inmate Mail and 75-MAL-03 Inmate Legal Mail.
75-MAL-01 states Incoming and outgoing letters shall generally be held for no more than forty-eight (48) hours and packages shall be held for no more than seventy-two (72) hours, excluding weekends and holidays.
75-MAL-03 states Staff shall log the receipt of the mail on the Legal Mail Log (DRC2632) and open the mail only in the presence of the addressee. The addressee shall sign for receipt of the mail on the Legal Mail Log (DRC2632). Legal mail envelopes should be destroyed after the mail is opened in the presence of the addressee.
Staff received your legal mail from the Supreme Court of Ohio Clerk of Courts on 1/24/23. The mail was logged onto DRC 2632 Legal Mail log. The mail was delivered to you on 1/25/23 and you signed the DRC 2632 stating you had received the mail. There is no evidence to support your claim CCI staff was in possession of your mail in excess of the 48 hours allowed in 75-MAL-01.
There is no violation of any rule, policy, or law. Your grievance has been denied. This office will take no further action concerning this matter.

*2/3/2023 12:04:43 PM : ( Corby Free ) wrote*
Closed incarcerated individual form - Disposition: Denied

Page: 2

| Ref# CCI0123004467 | Housing:EE2135T | Date Created:01/26/2023 |

2/3/2023 1:27:20 PM : ( a730633 ) wrote
Escalated to Appeal

2/3/2023 1:27:20 PM : ( a730633 ) wrote
The violations started on December 07, 2022 when Lambert law Office in Ironton Ohio, received the return legal mail that was sent to me on Novemebr 21,2022. stating that they were not an approved attorney for sending legal mail. In which I have that envelope and have their response to the letter sent with the return legal mail. however, when Lambert law office filed their motion in the Supreme Court of Ohio, the Supreme court in turn sent the legal mail also, through inter-departmental mail, I never received any legal mail until on January 25, 2023. On the other hand I have only signed for legal mail one time in the 12 months that I been hee at the Chllicothe Correction Institution, I have recieved legal mail for the United States District Court, I never signed for it. " it was always copied and sent through the regular mail" Received legal mail from the Ohio Supreme Court never signed for it, it was always copied, and now O.D.R.C is asking attorney to wrote NOT CONFIDENTIAL  on mail to by pass the screening process , just so the mail would make it to me. Lambert law office recieved advise on the matter at hand so they wrote on all their mail "NOT CONFIDENTIAL" which I have the envelopes and legal mail to prove this allegation. Ohio Department of  Rehabilatation and Correction , C.C.I, did violate the mail policy 75-MAL-03 inmate legal mail, and was negligent and I did suffer direct damages, because the clerk stated in their January 25,2023 that the clerk was prohibited from filing my motion due to it being untimely which was the fault of C.C.I mailroom staff. they sent out the legal mail on November 21, 2022 My response needed to be filed by December 02, 2022. which when O.D.R.C mailroom staff sent back the legal mail directly made me untimely

3/9/2023 7:04:02 AM : ( Kelly Riehle ) wrote
Please be advised that additional time will be required before a decision can be made concerning your inmate grievance appeal. This extension is needed by the writer in order to affect a fair and proper resolution.
Sincerely,

KELLY RIEHLE
ASSISTANT CHIEF INSPECTOR

| Ref# CCI0123005127 | Housing:EE2135T | Date Created:01/31/2023 |
|---|---|---|
| ID#: A730633 | Name:WOODS,FRANKLIN | |
| Form:Kite | Subject:Mail | Description:Mail |
| Urgent:No | Time left:n/a | Status:Closed |

### Original Form
*1/31/2023 11:54:22 AM : ( a730633 ) wrote*
this is in reagrds to certified mail that was sent on 1/06/23, and 1/18/23 i'm still waiting on on the 1/18/23, tracking number.
also is there any records of all the incoming and outgoing mail for the months of November, December, january.

### Communications / Case Actions
*1/31/2023 11:54:22 AM : ( a730633 ) wrote*
Form has been submitted

*2/7/2023 9:24:07 AM : ( Ashley Marsh ) wrote*
Please visit the inside mailroom and let them know you need the tracking numbers for the certified mail that you sent out, they should be able to get them to you.  If you have an issue send me another kite and I will see what is going on with them.

*2/7/2023 9:24:11 AM : ( Ashley Marsh ) wrote*
Closed incarcerated individual form

| Ref# CCI0223000761 | Housing:EE2135T | Date Created:02/07/2023 |
|---|---|---|
| ID#: A730633 | Name:WOODS,FRANKLIN | |
| Form:Kite | Subject:Mail | Description:Mail |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form
*2/7/2023 9:48:21 AM : ( a730633 ) wrote*

I sent a kite about tracking nubers for certified mail that was sent out on 1/06/23 and 1/18/23 I have receoved the traciong slip for the 1/18/23 but not the one on the 1/06/23, i have made several attempts to talk to the mail room employee and he has bee helpful in that regards but I have not yet recived the tracking numbe for 1/06/23. Further ore I also equested information about the incoming and outgoing mail pusuant to 75-MAL-01 through 03 pertaining to inmates mail and legal mail. with DRC enacting new procedures for attorneys to have a control number has conflicted with time frames incarcerated adults have to file Motions, or any other responses to the courts which have directly inflicted untimely responses for me. I have requested the time that C.C.I has to hold mail , scan mail, print mail, is it 10 days or 14 days ? or 30 days? is their any documentation for the mail that has been sent in for inmate Woods through november, december, january. I have receoved legal mail multiple time during this past year and I have ony signed oen time and that was on January 25, 2023. I never signed for any other legal mail the entire time, I have received legal mail several times. If i did not sign for the legal mail how can I show that I received it, or when it made it to the institution ? So to simplify my request I wil number the questions I have.
1. is there any documentation on when the Mail is received here at C.C.I ?
2. why does the Postal service have the ability to with hold mail from C.C.I incacerated adults due to C.C.I's P.O Box payment issues?
3. is there any documentation on INTER-DEPARTMENTAL mail for the Supreme Court of Ohio?

## Communications / Case Actions
*2/7/2023 9:48:21 AM : ( a730633 ) wrote*
Form has been submitted

*2/7/2023 11:33:21 AM : ( Ashley Marsh ) wrote*
No we do not keep a log of mail that arrives here daily.  The only mail that we would be able to track directly to here and the day it is delivered is certified mail.  Legal mail is checked into our tracking system as soon as it is searched by the canine and must be done so within 72 hours not including Weekends and Holidays.  It would be impossible to track each piece of mail that arrives here daily.
The Postal Service is just like anything else.  If I had a post office box and failed to pay my bill, I would not be able to access mine either.  That is how most things work, if you don't pay you don't get services.
No I do not have documentation on that.

*2/7/2023 11:33:35 AM : ( Ashley Marsh ) wrote*
Closed incarcerated individual form

| Ref# CCI0223000926 | Housing:EE2135T     | Date Created:02/08/2023 |
|--------------------|---------------------|-------------------------|
| ID#: A730633       | Name:WOODS,FRANKLIN |                         |
| Form:Kite          | Subject:Inspector   | Description:Inspector   |
| Urgent:No          | Time left:n/a       | Status:Closed           |

## Communications / Case Actions

*2/8/2023 8:05:13 AM : ( a730633 ) wrote*
Form has been submitted

*2/8/2023 8:05:13 AM : ( a730633 ) wrote*
Mr. Free
      This is in regards to recieving my "legal Mail' late , I wrote an informal complaint about this issue CCI0123004467, that matter is being appealed at this time. However, this issue of recieving "legal Mail" late is stil happening. Last night Febuary 07,23 I received "legal Mail" from the United States District Court, I DID NOT SIGN FOR IT AND IT WAS COPIED. also it was a month late again, the mail was sent out on January 11, 2023 and I didnt receive it until Febuary 07,2023 and again I didnt sign for it , now the is no DRC record of when this mail made it to the instituion, or exactly when I recieved it. Refer back to the informal comlaint CCI0123004467, I had explained these same issues, only one time in since January 2022 did I sign for "legal mail" and that was on January 25, 2023 when I was untimely for the Supreme Court of Ohio. This is unexceptable to delay me access to the courts, which is my constitutional right. can we please document that I received this "Legal mail" late again with out signing for it. which is against DRC policy 75-MAL-03 inmate legal mail, and inappropriate supervision 5120-09-04.

*2/9/2023 2:26:47 PM : ( Corby Free ) wrote*
This will be further investigated via your ICR.

*2/9/2023 2:26:52 PM : ( Corby Free ) wrote*
Closed incarcerated individual form

| Ref# CCI0223002988 | Housing:EE2135T | Date Created:02/24/2023 |
| --- | --- | --- |
| ID#: A730633 | Name:WOODS,FRANKLIN | |
| Form:Appeal | Subject:Mail | Description:Handling of legal mail |
| Urgent:No | Time left:26 Day(s) | Status:Pending |

### Original Form
2/24/2023 11:57:40 AM : ( a730633 ) wrote
This is a continuation of an ongoing issue I have with my legal mail and access to the courts. 75-Mal 01, 02, 03. The mail room ant chillicothe Correctional institution has repeatedly with held mail, failure to delivery mail , and has resulted in (1) case being dismissed and another case the Clerk has stated the was unable to file a motion because it was untimely, which was a direct result from the mail room. Febuary 01, 2023 i sent 2 letters containing legal mail 1, was to the Juvenile court for visitation with my biological children, and the second was a Mandamus action. I have an apeal in for the informal complaint I filed on this issue previously CCI0123004467, I also have kited the Instituional Inspector "Corby Free" and I have explained this is a continuation with me obtaining my legal mail on time and it being delivered on time. Corby Free stated in my kite that it will be addressed in the appeal that I have for the informal complaint. which I dont understand if Corby Free didnt grat the grirvance in the first place then how can he find the issues are nowe in my favor. I have been denied my first amendent right access to the courts, I have been directly injured in this matter. This is an ongoing issue inwhich I have rasied my concerns endlessly to staff, and Corby Free. I now have been grieved Twice on 2 seperate ocassions with two seperate court cases , which both have resulted in the same injury. Prohibation on my continuance in that court arguing that specfic case facts. Can we place address this issue? Staff in violation of 512-09-04 Inappropriate supervison, violation of O.D.R.C policy 75-MAL-01,02,03.

### Communications / Case Actions
2/24/2023 11:57:40 AM : ( a730633 ) wrote
Form has been submitted

2/27/2023 8:44:19 AM : ( Ashley Marsh ) wrote
I will check are certified mail logs and determine if things were not sent out accordingly. Certified mail is the only mail I am able to track. All legal mail has been caught up at this time and things are being sent out in a timely manner according to Policy. I will however check the mail log for things you had sent out and compare them to your cash slips from Feb 1st. If I find an issue I will address it with staff.

2/27/2023 8:44:27 AM : ( Ashley Marsh ) wrote
Closed incarcerated individual form

2/27/2023 2:13:24 PM : ( a730633 ) wrote
Escalated to Grievance

2/27/2023 2:13:24 PM : ( a730633 ) wrote
This matter has been an on going issue, I have rasied my concerns to unit staff, mail room staff , the deputy warden, and the inspector. Still my mail, and legal mail has still been with held , and delayed which resulted in two (2) seperate court case being affected by the negligence by ODRC staff. there has been issues that the Post Office Box had not received a payment and they was hold our mail. I have filed grievence, kites , and infromal complaints acknowledging this problem. I have all the documentation on all allegations that being staed in my complaints. There has been times my may is withheld from sending out of the instituion for weeks at a time which resulted in a dismissal of that case. Another occassion is me being untimely in the Ohio Supreme Court because I did not receive mail from them for a month. I have the documentaton on that issue also. mail room staff is in violation of 75-MAL-01,02,03 , 5120-09-04 INAPPROPRIATE SUPERVISON, and I did not sign for any of my legal mail but One (1) time and that was January 25, 2023 and tha mail was sent from the Ohio Supreme Court "inter-departmental" which I have never signed before that day or after that day. I just received more mail rom them last week which was weks late also , but I DID NOT SIGN FOR IT.

3/7/2023 10:06:52 AM : ( Corby Free ) wrote
You stated your mail was sent out on 2/1/23 but did not arrive at the courts until 2/16/23.
To investigate your grievance, I interviewed Lt. Marsh and the grievant. I also reviewed 75-MAL-01 Inmate Mail, AR 5120-9-17 Incoming Mail, and AR 5120-9-18 Outgoing Mail, and observed mail being processed.
Lt. Marsh and the mailroom staff assured me all mail is being processed in accordance with ODRC policy and Administrative Rules. After observing mail being processed, I found no violation of 75-MAL-01, AR 5120-9-17 or AR 5120-9-18. All first-class mail is being processed and sent out in accordance with the policy. You acknowledged during our interview you could have used certified mail to send your mail to the courts but chose not to because of the cost. There was no evidence CCI did not process your mail in a timely manner.
There is no violation of any rule, policy, or law. Your grievance has been denied. This office will take no further action concerning this matter.

3/7/2023 10:07:02 AM : ( Corby Free ) wrote
Closed incarcerated individual form - Disposition: Denied

Page: 2

| Ref# CCI0223002988 | Housing:EE2135T | Date Created:02/24/2023 |

*3/8/2023 12:10:08 PM : ( a730633 ) wrote*
**Escalated to Appeal**

*3/8/2023 12:10:08 PM : ( a730633 ) wrote*
As stated in the above complaint, I have been negative affected by staff and now by the institutional inspector. On March 07, 2023 Corby Free called for me to come to his office, upon entering he said he called me over to address the greivance I submitted, I asked what greivance because I have two although they are for the exact same thing, regarding legal mail. DRC staff has treated legal mail as regular mail for over two years now. When I received In-ter departmental mail from the Supreme court of Ohio, and it was 30 days late the mail room staff called me over to sign for it complying wit policy DRC 2632 legal mail log. this was the only time I signed for legal mail coming from the Supreme Court of Ohio. I asked the Instituional inspector if he has available the list of registered courts here in Ohio with the controll number and he said no thats not avaliable to him. I have received legal mail from the United States District Court, and was stated this is not legal mail also. DRC policy 75-Mal - 01 states: incoming and out going mail shall not be held over 48 hours. Administrative Code 5120-09-17 states : that mail should be copied and promptly delivered to the inmate, However DRC staff has not complied with either of the local and administative rules. The worst has yet to come and as stated previously the wrong doing, and intentional neglectful actions from DRC staff has resulted in direct damages and a violation of my constittuional rights in having access to the courts. When mentoniong this to the instituioinal inspector he was unmoved and unphased by the unprofessonal conduct and how the deliberate actions from staff resulted in dismissals of said court cases . I showed Croby Free the instittional inspector the cash-slip I have from Feb 01, 2023 when I signed it and the mail room didnt sign it until Feb 06, 2023., and the Supreme court didnt receive it until Feb 15, 2023. this is a violation as stated above. Yet the inspector stated that i declined to use the option of certified mail because of the cost associated with it, this belies the truth. I have used certified mail when it is nesscassary, the Clerk or Clerk of courts are not the issue DRC staff is the issue and Corby Free is their gate keeper. For the above reasons Staff are in violation of the allegations i've set forth, violation of 5120-09-17, 75-MAL-01, and violation of my First amendment access to the courts.

## PROOF OF SERVICE

I certify that a true copy of this complaint has been sent by Regular U.S. mail to the below listed Defendant's:

| | | |
|---|---|---|
| OHIO DEPARTMENT OF REHABILITATION AND CORRECTION<br>4545 Fisher Rd.<br>Columbus Ohio, 45321 | Wanza Mitchell –Jackson<br>5787 State route 63<br>Lebanon Ohio, 45036 | Isaac Bullock<br>5787 State route 63<br>Lebanon Ohio, 45036 |
| John Doe known as "Sgt. Maggard"<br>5787 State route 63<br>Lebanon Ohio, 45036 | John Doe known as "Unit Manager Williams"<br>5787 State route 63<br>Lebanon Ohio, 45036 | Jane Doe known as "Unit Manager Kearns"<br>5787 State route 63<br>Lebanon Ohio, 45036 |
| David Agee<br>4545 Fisher Rd.,<br>Columbus Ohio, 45321. | Aramark "supervisor<br>5787 State Route 63<br>Lebanon Ohio 45036 | |
| John Doe known as Lt. "Tatman"<br>5787 State route 63<br>Lebanon Ohio, 45036 | John Doe known as " Saunders "Sandman"<br>5787 State route 63<br>Lebanon Ohio, 45036 | John Doe known as "C.O Cook",<br>5787 State route 63<br>Lebanon Ohio, 45036 |
| John Doe known as "C.O Wells"<br>5787 State route 63<br>Lebanon Ohio, 45036 | Jane Doe known as "C.O Ms. S"<br>5787 State route 63<br>Lebanon Ohio, 45036 | Dr. William Harlan<br>5787 State route 63<br>Lebanon Ohio, 45036 |
| Meredyth McLaughlin "Health Care Administrator"<br>5787 State route 63<br>Lebanon Ohio, 45036 | Natasha Arentz " Nurse Practitioner"<br>5787 State route 63<br>Lebanon Ohio, 45036 | John Doe known as " Captain Back"<br>5787 State route 63<br>Lebanon Ohio, 45036 |
| Jane Doe known as "C.O Ms. Penunzio"<br>5787 State route 63<br>Lebanon Ohio, 45036 | John Doe known as Deputy Warden Douglas Luneke<br>5787 State route 63<br>Lebanon Ohio, 45036 | Dr. Raymond Corbett<br>5787 State route 63<br>Lebanon Ohio, 45036 |
| John Doe known as " Unit Manager Machintosh"<br>5787 State Route 63<br>Lebanon Ohio, 45036 | Aramark Correctional Services LLC<br>2400 Market Street<br>Philadelphia PA 19103-3041 | John Doe known as C.O Epperson<br>5787 State Route 63<br>Lebanon Ohio, 45036 |
| " Nurse Practitioner "Rachel Allen"<br>5787 State route 63<br>Lebanon Ohio, 45036 | Jane Doe known as "Ms. Woods"<br>5787 State route 63<br>Lebanon Ohio, 45036 | John Doe Known as C.O Farmer<br>5787 State Route 63<br>Lebanon Ohio, 45036 |

And electronically filed both on this 26th day of July 2023.

*/s/ Norman R Burke*

Norman Burke
Inmate No. A744263
15802 State Route 104 N
Chillicothe Ohio, 45601

**PLAINTIFF-PRO SE.**