**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTIRICT OF OHIO
WESTERN DIVISION**

Norman Burke

    Plaintiff,

Vs.

Aramark Correctional Services et al,

    Defendant.

Case No: 2:22-CV-4421

Judge: Marbely

Magistrate Judge: Deavers

---

## PLAINTIFF'S ATTACHED EXHIBITS

---

Norman Burke
Inmate No. A744263
P.O BOX 5550
Chillicothe, Ohio 45601

**PLAINTIFF PRO SE.**

25

# EXHIBITS

☐ Mark the form as confidential

# INCIDENT REPORT

| | Report Date (will be set when report is signed):<br>12/1/2021 |
|---|---|

| Work Location:<br>Warren Correctional Institution | | Location of Incident:<br>Food Service |
|---|---|---|
| Name of Reporting Staff:<br>Kayla Stebelton | Title:<br>Correctional Lieutenant | INCIDENT DATE:<br>Nov 27, 2021 |
| Involves:<br>Aramark Manager Woods | | INCIDENT TIME:<br>6:20 PM |

## Check Item Indication Subject Of This Report:

☒ Employee Action  ☐ Facility Maintenance  ☐ Medical  ☐ Recommendations

☐ Inmate/Offender Affairs  ☐ Security  ☐ Victim Issue  ☐ Crisis Intervention Team (CIT)

☐ Use of Force  ☐ Workplace Violence  ☐ Equipment Issue  ☐ Other: _____

## Description of Incident:

On 12/1/2021 I, Lieutenant Stebelton reviewed video footage of an alleged incident that occurred in rear food service on 11/27/2021. While reviewing the footage the following was found; on 11/27/2021 at 6:20 PM on WCI-Food Service Cook Area2 camera, Inmate Smith (743-659) dumps food from the serving container into the trash can. It appears they realized after dumping the food that they still needed it. At 6:25 PM Aramark Woods is observed using a pitcher and scooping food out of the trash can into an empty container that Inmate Smith is carrying. Inmate Smith is then observed carrying the food to the serving line in the small chow hall and the food is served to inmates coming to chow. At 6:26 PM a rear food service porter is seen sweeping the floor and dumping the dust pan into the same trash containing the remains of the discarded food. At 6:27 PM Aramark Woods brings another empty container near the trash can for Inmate Burton (667-877) to scoop more food from the trash can that has now had trash dumped on top from the porter who swept the floor. Aramark Woods stirs in water to the food in the container that came from the trash can and at 6:30 PM Inmate Burton takes the food to the main chow hall to be served. Aramark Woods is responsible for serving inmates food from a trash can which is a major health code violation. Both inmates involved have been removed from food service. Video footage has been captured and Deputy Warden Welch was notified. End of report.

| Signature of Reporting Staff Member:<br>Kayla Stebelton | *Kayla Stebelton* | Date:<br>12/1/2021 |
|---|---|---|

## Action Taken:

1. Notification to DWSS.
2. Video footage captured and incident report completed.
3. Inmates involved removed from food service.

K. Stebelton

| Signature of Managing Officer: | Date: 12/3/2021 |
|---|---|

Distribution: **ALL COPIES TO MANAGING OFFICER** who will check appropriate distribution list below and distribute the copies.

☑ Operations  ☐ Administration  ☑ Special Services  ☐ Department Head _____

☐ Investigator  ☐ EEO  ☐ Personnel Officer  ☐ Administrative Assistant

☐ Record Officer  ☐ Medical  ☐ Health & Safety  ☐ Office of Victim Services

DRC 1000 E (Rev 10-19)                    27                    Page 1 of 1

**Shift Commander** B. Kashick · **2nd Shift** — Saturday November 27 2021 — Officers on Overtime: 11

| Captain: | | Lieutenant: Sandridge 227 | Lieutenant: Henness 227! |
| Captain: | | Lieutenant: Barrett 2121 | Lieutenant: |
| Captain: | | Lieutenant: Kriss 214 | Lieutenant: |

| POST | OFFICER | On Grounds<br>Total Posts: 41 | Relief | Off Grounds<br>Good Days | Leaves |
|---|---|---|---|---|---|
| Unit 1A | Donthner | Added Post | Morehouse, M.** | Kaufman, K. | **Vacation Lv.** |
| Unit 1A | McIntosh | RH REC: Pitman | | Cates, B. | Cunningham, S. |
| Unit 1B | Shostak (OT) | | Deegan, J. | Fulmer, P. | O'Connor, K. |
| Unit 1C | Lane | RH Esc: Lazier (OT) | | Epperson, F. | Avery, E.*** |
| Unit 1C | Loughman | | Donthnier, B. | Rumpler, E. | Kerns, D. |
| Unit 1D | Rucker (OT) | 3D ESC: Finley, T. | | Robinson, E. | Henniss |
| Unit 1D | Heilshorn (VF) | | Gouzens, A.** | Cates, J. | Anderson - 3d |
| Unit 2A | Closed | | | Montgomery, J. | |
| Unit 2A | Closed | Visiting: Williams, K. | Huddleston, T.** | Reedy, M. | **Personal Lv.** |
| Unit 2B | Lipsky | (VF) | Morris, A.** | Robinson, B. | Calhoun - 2 |
| Unit 2B | Quinn | | Lane, C. | Dunn, K. | |
| Unit 2C | Chevalier | | Loughman, A. | Robertson Jr, T. | |
| Unit 2C | Chambers | | Lipsky, L. | Foster, K. | **Sick Lv.** |
| Unit 2D | Randall, M. | | Jones, J. | James, J. | |
| Unit 2D | Adams | | Davis, J. | Weybright, J. | |
| Unit 3A | **CLOSED** | | | Hill, H. | |
| Unit 3A | **CLOSED** | | | Mann, B. | |
| Unit 3B | Ballard, C. | | McIntosh, J. | Starkey, B. | |
| Unit 3B | Saggus, J. | | Chambers, D. | Knick, J. | |
| Unit 3C | Collins, R.! | | Pitman, A. | Long, T. | **Military Lv.** |
| Unit 3C | Austin | | Chevalier, E.** | Anderson, C.$ | Winning, C. |
| Unit 3D | Zimmerman, D.$ | | Quinn, A. | | Kasten, J. |
| Unit 3D | Wheeler, M. | | Adams | | Webb, R. |
| Unit 3DXTRA | Edwards, G. | | Austin | | Perry, S. |
| Medical | Morris | | Sommer | | Luker, J. |
| TPU | Sommer | On-Site Training | | | **Other Leaves** |
| TPU | Jones, A. | Merbs, K. | | | Miller, S. |
| TPU | Shinno, D. | | | | |
| North Util | Deegan | | | | |
| South Util | Morehouse | | | | |
| East Util | Huddleston | | | | |
| West Util | Gouzens | | | | |
| High Side Veh | Harrison (OT) | | | | |
| Low Side Veh | Cates B. (OT) | | | | |
| Front Entry | Emery (VF) | | | | |
| Front Entry | Closed | | | | |
| Recreation | Jones, J | | **RTWP** | | **TWL** |
| Recreation | Davis | | Godby | | |
| 1 pm - 9 pm | 1 pm - 9 pm | | Anderson | | |
| Control | Maynard (OT) | | Tandefeld | | **KEY** |
| Control | Finton (OT) | | J | | !: SRT |
| Food Service | Godby K. (VF) | | | | $: C.I.T. |
| Food Service | Sedlitz, M.*** | | | | *** Female |

38#

| Form:Grievance Against the Inspector of Institutional Services | | Description:Violation of Administrative Rule |
|---|---|---|
| | Time left:n/a | |
| Urgent:No | | Status:Closed |



## Original Form

*12/21/2021 9:21:42 AM : ( a730633 ) wrote*

A.R 5120-9-29 (D)

States The inspector should conduct regular inspection of institutional services and serve as a liason between the inmate population and institutional personnel.

On 12-20-21 at 4:45 Inmate Woods was exciting the chow hall line and inspector Bullock ask if there was a "PROBLEM" Woods showed the inspector the tray or inproperly made noodles and Bullock stated to kite the dietian , Inmate Woods stated that is was the diet  it was that they was improperly preparded, and that was substituted from( parsley rice ) . Inspecotr bullock dismissed Woods by repeatedly saying "GOODBYE".

The inpestor at W.C .I is unapproachable and does not serve as a liason between inmates and adminstration, He has shown a complete disreguard from the health and well being of our 2500 calorie diet , he has been systematically Bias towards the inmates, during these complicated time for them .

Since 11-27-21 Inmates has been targeted for complaining about Aramark , and Adminstration.

Inspector Bullock is in direct violation of A.R 5120-9-29 (D)

## Communications / Case Actions

*12/21/2021 6:00:51 PM : ( Chris Lambert ) wrote*

Mr. Woods, upon review of your complaint and administrative rule 5120-9-31, I find the requirement to show the inspector of institutional services was personally and knowingly involved in a violation of law, rule or policy, or personally and knowingly approved or condoned such a violation has not been met.

Since you were unable to resolve your concern verbally, I recommend filing an Informal Complaint on the quality of food in the dinning hall. In accordance with administrative rule 5120-9-31, if you are not satisfied with an ICR response or a response is not forthcoming, you may escalate the ICR to a grievance for further review and response. Likewise, if you are not satisfied with a grievance response or a response is not forthcoming, you may escalate your grievance to an appeal with my office at OSC for further review and response.

Accordingly, pursuant to administrative rule 5120-9-31, this grievance is DENIED. This office will take no further action.

| Form:Kite | Subject:Inspector | Description:Inspector |
|---|---|---|
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form

*12/24/2021 1:26:12 PM : ( a730633 ) wrote*

This is in regard to the previous issues we had with aramark , I had requested the names of the personnel that over saw the the chow hall the evening of 11/27/21.

I have the understanding that Mrs Woods was the name of the food service coordinator the was relieved of her duties and walked out due to Serving Beans from the Trash can, also I would like the name of the Lt and correction officers that was in the chow hall that night.

I respectfully request this information pursuant to the O.R.C 149.43 public records request, IM only requesting the names of the individuals involved NOT ADDRESS only names.

Respectfully
Franklin Woods

## Communications / Case Actions

*12/28/2021 3:59:44 PM : ( Isaac Bullock ) wrote*

Be advise the Institutional Inspector does not process public records request.

30

Public Records Request

| Form: Appeal | Subject: Captain | |
|---|---|---|
| Urgent: No | Time left: n/a | Status: Closed |

**1 of 2**

### Original Form

*12/18/2021 5:30:32 PM : ( a730633 ) wrote*

On Dec 05 2021 at approximately 6:45 am Lt Tateman entered into unit 1A and went to cell number 111 and 112 and advised the inmates if they went to medical for stomach pains they would be locked down due to covid symptoms.
Lt Tateman proceed ed and locked the whole block down.
When asked why inmates was being locked down Lt Tateman said because they inmates are on some "bullshit".
around 9:30 am 9 inmates was escorted to medical because the had been experencing diareah and stomach pains.
after the check up inmates was escorted back to the block and went on a 72 hour quantine , because of
" INFLUENZA " inmates was locked in there cell for over 72 hours ..
The inmates that filed informal complaints was targeted for exercising there right acordding to the PLRA.
These inmates have been subjected to cruel and unusal punishment which directly violates there eighth amendment.
these issues are unresolved and redress is sought for the damages done.
Thank you for your time and cooperation
Franklin Woods

### Communications / Case Actions

*12/28/2021 10:20:40 AM : ( David Agee ) wrote*

Multiple inmates were reporting symptoms consistent with the COVID-19 virus currently causing a worldwide pandemic. The unit was placed on quarantine status to slow the spread of the virus. Lt. Tatman was following my orders which were mandated by our medical policy which is in place to slow the spread of said virus.
Captain Agee

*12/28/2021 2:05:36 PM : ( a730633 ) wrote*

So you gave Lt Tatman orders to place unit 1A in quarantine status prior to being seen by medical ?
because as stated before in my original complaint at 630 am on sunday 12 -05-21 I was instructed that I was not able to have dayroom time until i was seen by medical ( per C.O. Cook) .
at 645 Lt Tatman tells the entire unit that these inmates are on some bullshit and are the reasons they are being placed on quarantine.
9 inmates went to see medical ver possible food posioning symptoms and never gave covid19 symptoms, as in sortness of breathe and no smell or taste , my symptoms was diareeha and stomachs pains .
Tatman said he would lock us down if we went to medical , and he proceeded with that threat , which is a violation of 5120-09-04(b) harrasment , inappropriate supervision.
there was inmates that went to medical earlier in the week and never was placed on quarantine .
so my medical records were relaesed with out my permission , and because I went to seek medical attention at the advise of Inspector Bullock , I was retaliated against.
The institution in in violation of my eighth admendment rights to be free from cruel and unusal punishment, and there is a deliberate indifference to my health and safety.
Medical had no right relasing my personnel medical records with my permission.
Administration had there mind made u to quarantine inmates the morning of 12-05-21 prior to being seen by medical.
Inmates was never checked for covid 19 , and no tests were ever run for food posioning.
Redress is sought for deliberate indifference, negligence , and violation on constitutional right .

*12/30/2021 12:51:17 PM : ( Isaac Bullock ) wrote*

The Office of the Inspector of Institutional Service is in receipt of your grievance.  The grievance alleges on December 5, 2021, Lieutenant Tatman placed 1A on lock down due to COVID symptoms. The grievance alleges Lieutenant Tatman locked the unit down out of retaliation of inmates complaining of food poisoning.

The following were reviewed to investigate your grievance.
ODRC policy 64-DCM-01
Administrative Rule 5120-9-31
Spoke with the Operations Deputy and Health Care Administrator.
While investigating your grievance this Inspector spoke with the Health Care Administrator. She advised medical had received a lot of complaints from 1A regarding the offender population related to COVID symptoms. The HCA and Deputy of Operations stated as a precautionary measure unit 1A was placed on quarantine status. Be advise WCI goal is to protect the health and safety of our population and staff. Furthermore, it's important to understand changes were designed to provide a safe environment for our population.
Based off the above there is no merit within your grievance. Your grievance is denied. This office will take no further action regarding this matter.

*1/2/2022 12:00:05 PM : ( a730633 ) wrote*
LT Tatman is clearly in violation of 64-DCM-01 and 5120-09-4 (B).
The reason set forth are all the symtoms given in the Heath sevice request forms , were at the advise from the Inspector himself.
All the compaints is from a direct incident to 11/27/21 Inspector and Lt Tatman knew about the complaints filed.
Which is why he came into 1A on  he morning of the fifth of December 2021 and went to offender Nottingham and offender Rich cel and state if the go to medical he is locking the them down.
Officer Cook refused offender Woods  from coming out of his cell at 630 am .
The minds of staff was already made up .
The offenders went to medical and was placed on a 72 hour quarantine, because the filed informal complaints of food posioning because they had been fed food that had been through away, in the trash can.
Administation knew about the complaints and knew that the HSR forms was related to that specfic incident .
The is a clear violation of the eighth amendent cruel and unusal punishment , debliberate indifference, to the health and saftey of the inmates , violation of the Adminstative rule  5120-09-04 (B) Inappropriate supervison and 64 -DCM- 01 ( Harrasment).

*1/19/2022 9.37:08 AM : ( karen stanforth ) wrote*
Affirmed.
The Office of the Chief Inspector has reviewed your grievance concerning a decision to "lock down" or medically isolate your dorm area on December 5, 2021. This was done due to a large number of the residents in this area exhibiting suspect signs and symptoms of either the Covid or Flu virus, both of which are highly contagious in a confined population.
Additionally, there was no release of your medical records to any unauthorized employee or other individual. You were also not provided information about other patients. With that said, you profess to know that nine people in your dorm had food poisoning without validation. If you are discussing actual individuals names, you yourself could be participating in the spread of confidential medical information depending on how you gained this information.
The involved staff were following CDC guidelines as well as state and federal recommendations. As in the community population, decisions are being made on an hourly basis since the entire Covid pandemic is something not experienced before in the past. There are no indications you have been treated with deliberate indifference or negligence by any staff member during this situation. Everything done and every decision made was an attempt to protect you and others in your environment. Please continue to follow all guidelines for which you have been educated as we continue to manage this difficult situation.
Karen Stanforth, Assistant Chief Inspector, Medical
Karen Stanforth, Assistant Chief Inspector, Medical

| ID#: | | |
|---|---|---|
| Form: Appeal | Subject: Deputy Warden Administration | Description: Other |
| Urgent: No | Time left: n/a | Status: Closed |

### Original Form

**1 of 2**

*12/2/2021 6:52:16 PM : ( a730633 ) wrote*

This is in regards to the Aramark isssue where we were serve beans from the trash can and the aramark worker has been relived of her duties.

Monday - Wednesday I had been having abnormal bowel movements , and this may be the very cause .

Please look into these issues for me .

### Communications / Case Actions

*12/3/2021 8:37:05 AM : ( Isaac Bullock ) wrote*

The following issue has been verified and addressed. Corrective actions have been taken.

You will need to complete a Health Service Request form to address your medical concerns.

*12/4/2021 12:16:19 PM : ( a730633 ) wrote*

Due to being incarcarated and to preserve my constitutional rights I must follow the proper procedure to exaust my remedies at this level.

This Is a very important issue and needs further action taken , This is not a isolated incident this type of behavior has been on going for years.

Thank you for your time and Cooporation I hope this does'nt result in any type of retalitory conduct on behalf of Atamark employees or from any Prison Officals.

*12/6/2021 10:53:41 AM : ( Isaac Bullock ) wrote*

Your grievance fails to meet the guidelines established in AR 5120-9-31 (The filing of the notification of grievance- step two).

Additional issues raised in the grievance that were not raised in the ICR will not be addressed in this disposition.

Therefore, your grievance is denied. This office will take no further action regarding this matter.

*12/7/2021 10:43:34 AM : ( a730633 ) wrote*

Information is being with held from us due to the Aramark situation , I would like the name of the Lt that was over he chow hall the night of 11/27/21.

We was subjected to cruel and unsusal punishment a violation of the 8th amendment, being feed out of a trash can is deliberate indifference to my heath and safety.

The adminastarion is contributory negigence

*12/16/2021 11:33:09 AM : ( Marc Bratton ) wrote*

The office of the Chief Inspector is in receipt of your Appeal to the Chief Inspector. A thorough review of your appeal has been completed. Please be advised that the Inspector is reconsidering your complaint and will issue a supplemental disposition of grievance.

Based on this review, the decision rendered by the Inspector is hereby: Modified with an additional response required.

This office will take no further action on this matter at this time.

*12/16/2021 4:04:33 PM . ( Isaac Bullock ) wrote*

The Office of the Inspector of Institutional Services is in receipt of your grievance.

The grievance is being granted. The issues listed in your grievance were verified and are against policy and administrative rules. Appropriate corrective actions were taken to address the issue that occurred within food service.

As stated above your grievance is granted and this office will take no further action regarding this matter.

*12/21/2021 9:36:13 AM : ( a730633 ) wrote*

To be in compliance to the prison litigation reform act  inmates proceeding with a 42 U.S.C 1983 muct first exhaust all administrative remedies.

Issues unresolved due to administration not releasing the names of the food sevice coordinator the violated the right of the inmates by serving beans from a contaminated trash can.

Inmated Woods has requested the names of the coordinator involved , the name of the Lieutenant that was working the chow hall on 11-27-21.

This information has yet to be released , in fact the inmates that files Health service request forms was retaliated against and placed on quarantine .

Unmated Woods is seeking redress for the deliberate indifference the Aramark employess and the staff at warren correction has shown him.

The staff is in violation of his eighth amendment right and is to be free from cruel and unusal pinishment.

*33*

Douglas Thompson

**SWORN AND SUBSCRIBED BEFORE ME PERSONALLY ON THIS,** ___4th___ **DAY**

November (CM)

**OF ~~JULY~~ 2022.**

Cherri Marshall

Notary Public

My Commission expires on 1/19/2027



CHERRI MARSHALL
NOTARY PUBLIC - OHIO
MY COMMISSION EXPIRES 01-19-2

3 of 3

| Ref# WCI1221000207 | Housing:1A119LA | Date Created:12/02/2021 |
| D#: a744263 | Name:BURKE, NORMAN | |
| Form:Grievance | Subject:Supervision | Description:Unprofessional conduct |
| Urgent:No | Time left:n/a | Status:Closed |

## Original Form

**12/2/2021 5:14:21 PM : ( a744263 ) wrote**

LATE SAT EVE,I STARTED TO FEEL SICK IN MY STOMACH.THE CHOW HALL,SAW IT FIT TO FEED US BEANS THAT WERE THROWN ON THE FLOOR.NOT ONLY IS THIS AGAINST WHAT RIGHTS WE DO HAVE,I FIND IT INHUMANE.IM STILL AWAITING MEDICAL ATTENTION.SOMEBODY NEEDS TO BE HELD RESPONSIBLE FOR THIS CONDUCT.DO I NEED TO CONTACT MY ATTORNEY,OR CAN WE DEPEND ON YALL TO MAKE THIS RIGHT.IT MAKES NO SENSE..WERE NOT ANIMALS.THERES A COUPLE OF US IN MY UNIT THAT ARE FEELING SICK..THIS IS UNACCEPTABLE..

## Communications / Case Actions

**12/3/2021 6:35:46 AM : ( Isaac Bullock ) wrote**

~~the following issue has been verified and addressed. Corrective actions have been taken.~~
~~You will need to complete a Health Service Request form to address your medical concerns.~~

**12/9/2021 5:51:52 PM : ( a744263 ) wrote**

~~IVE BEEN ON QUARENTINE FOR THREE DAYS AND I FEEL THAT YALL HIT US WITH RETALIATION.I NEVER~~ ~~HAD COVID SYMPTOMS, YALL DID.MY STOMACH WAS MESSED UP, AND I AM SCARED TO EAT IN THE~~ ~~DINING HALL.I FEEL AS IF WERE BEING PUNISHED FOR STANDING UP AND DOING THE RIGHT THING.IVE~~ ~~BEEN IN CONTACT WITH MY ATTORNEY.~~SINCE IM BEING HARRASSED BY INMATES AND STAFF NOW.FURTHER ACTION WILL BE TAKEN IF NECESSARY.

**12/10/2021 1:19:56 PM : ( Isaac Bullock ) wrote**

The issues within your complaint were addressed in the Informal Complaint. Be advised additional issues raised in the grievance that were not raised in the ICR will not be addressed in this disposition.
Be advised the inmate grievance procedure cannot be used as a kite system under DRC policy 50-PAM-02. A kite is used to facilitate appropriate two-way communication.
The concerns within your complaint were appropriately addressed in the ICR. Therefore, this grievance is denied. This office will take no further action regarding this matter.

EXHIBIT *1h*

@ 35

**STATE OF OHIO )**

                    **)SS:**

**ROSS COUNTY )**

I, state that the following is true to the best of my knowledge and belief and against the penalty of perjury:

I, Douglas Thompson          , am currently incarcerated at Chillicothe Correctional Institution. On November 27, 2021, I was housed at the Warren Correctional Institution, In Cell "113". On the above evening in question, I ate the scheduled dinner in the chow hall. Within The next few days, I experienced stomach pains and irregular bowel movements. I kited the Medical Department and the Institution Inspector, explained to him what happened. I notified them, stated that I wasn't feeling to well, it most likely was due to the fact that we were fed beans out of the trash, that were contaminated. At one point, those beans were garbage. Not even fit for a dog. An inmate blew the whistle, he was punished for doing so. These actions were actually caught on camera, as I'm sure your aware of. I was advised to fill out an HEALTH SERVICE REQUEST FORM, which I did.

On Sunday December 05, 2021 Lieutenant Tatman entered into our unit, which was "1A". At the time I was being housed there. He started yelling about the inmates being on some "bullshit", because we chose to speak up due to concerns over our health. Lieutenant Tatman aggressively proceeded to make his rounds through-out our unit, yelling, threatening to lock the whole unit down if inmates went to medical.

EXHIBIT 1 F

1 of 3

## PROOF OF SERVICE

I certify that a true copy of these Exhibits have been sent by Regular U.S. Mail and

electrically filed on April 11th 2025 to counsels Kristen L. Wendell 600 Superior Avenue East,

Fifth Third Center, Suite 2330, Cleveland Ohio, 44114; Matthew P. Convery, Marcy Vonderwell

at 30 East Broad Street, Columbus, Ohio 43215. for the below listed Defendant's:

OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTION
4545 Fisher Rd.
Columbus Ohio, 43228

Wanza Mitchell –Jackson
317 Sharon Ct
Midletown Ohio, 45042

Isaac Bullock
13665 State Route 729 south
Solon Ohio, 43155

James Maggard
4204 Pennyroyal Road
Lebanon Ohio, 45036

Steven Williams
5787 State route 63
Lebanon Ohio, 45036

Renee Meyers-Carnes
5787 State route 63
Lebanon Ohio, 45036

Karen Stanforth
4545 Fisher Rd.,
Columbus Ohio, 43228

David Agee
5787 State Route 63
Lebanon Ohio 45036

Tim Aramark "President"
2400 Market Street
Philadelphia PA 19103-3041

Timothy Tatman
5787 State route 63
Lebanon Ohio, 45036

David Sandridge
5787 State route 63
Lebanon Ohio, 45036

Dr. Raymond Corbett
5787 State route 63
Lebanon Ohio, 45036

Melissa Sedlitz
5787 State route 63
Lebanon Ohio, 45036

Dr. William Harlan
5787 State route 63
Lebanon Ohio, 45036

Robert Welch
415 Marley Road
Dayton Ohio, 45405

Meredyth McLaughlin-Brewer
"Health Care Administrator"
5787 State route 63
Lebanon Ohio, 45036

Skye Murray
5787 State route 63
Lebanon Ohio, 45036

Aramark Correctional Services LLC
2400 Market Street
Philadelphia, Pa 19103-3041

Kimberly Panunzio
329 Kenderton Trail
Dayton Ohio, 45430

Douglas Luneke
3791 State route 63
Lebanon Ohio, 45036

Fredrick Epperson
5787 State Route 63
Lebanon Ohio, 45036

Kayla Stebelton
1120 Eubois Rd
Carlisle, Ohio 45005

Josephine Woods
1221 Avenue B
Port Allen, Louisiana 70767

And electronically filed both on this 11 day of April 2025.

Norman Burke
Inmate No. A44263
15802 State Route 104 N.
Chillicothe, Ohio 45601

**PLAINTIFF-PRO SE.**

37

## **PROOF OF SERVICE**

I certify that a true copy of this Motion to Alter or Amend Judgement has been sent by

Regular U.S. Mail and electrically filed on April 11th 2025 to counsels Kristen L. Wendell 600

Superior Avenue East, Fifth Third Center, Suite 2330, Cleveland Ohio, 44114; Matthew P.

Convery, Marcy Vonderwell at 30 East Broad Street, Columbus, Ohio 43215. for the below

listed Defendant's:

OHIO DEPARTMENT OF
REHABILITATION AND
CORRECTION
4545 Fisher Rd.
Columbus Ohio, 43228

James Maggard
4204 Pennyroyal Road
Lebanon Ohio, 45036

Karen Stanforth
4545 Fisher Rd.,
Columbus Ohio, 43228

Timothy Tatman
5787 State route 63
Lebanon Ohio, 45036

Melissa Sedlitz
5787 State route 63
Lebanon Ohio, 45036

Meredyth McLaughlin-Brewer
"Health Care Administrator"
5787 State route 63
Lebanon Ohio, 45036

Kimberly Panunzio
329 Kenderton Trail
Dayton Ohio, 45430

Kayla Stebelton
1120 Eubois Rd
Carlisle, Ohio 45005

Wanza Mitchell –Jackson
317 Sharon Ct
Midletown Ohio, 45042

Steven Williams
5787 State route 63
Lebanon Ohio, 45036

David Agee
5787 State Route 63
Lebanon Ohio 45036

David Sandridge
5787 State route 63
Lebanon Ohio, 45036

Dr. William Harlan
5787 State route 63
Lebanon Ohio, 45036

Skye Murray
5787 State route 63
Lebanon Ohio. 45036

Douglas Luneke
3791 State route 63
Lebanon Ohio, 45036

Josephine Woods
1221 Avenue B
Port Allen, Louisiana 70767

Isaac Bullock
13665 State Route 729 south
Solon Ohio, 43155

Renee Meyers-Carnes
5787 State route 63
Lebanon Ohio, 45036

Tim Aramark "President"
2400 Market Street
Philadelphia PA 19103-3041

Dr. Raymond Corbett
5787 State route 63
Lebanon Ohio, 45036

Robert Welch
415 Marley Road
Dayton Ohio, 45405

Aramark Correctional Services LLC
2400 Market Street
Philadelphia, Pa 19103-3041

Fredrick Epperson
5787 State Route 63
Lebanon Ohio, 45036

And electronically filed both on this 11 day of April 2025.

Norman Burke
Inmate No. A744263
15802 State Route 104 N.
Chillicothe, Ohio 45601

**PLAINTIFF-PRO SE.**

38

18